650 A.2d 406

NATIONWIDE MUTUAL INSURANCE COMPANY, Petitioner,

v.

Vincent T. DELLATORE, Faith Dellatore
and Carlo Dellatore, Respondents.

Supreme Court of Pennsylvania.

Oct. 20, 1994.

## ORDER

PER CURIAM:

AND NOW, this 20th day of October, 1994, the Petition for Allowance of Appeal is granted and this matter is remanded to the Court of Common Pleas of Northampton County for reconsideration of its order dated April 24, 1992, in light of

this Court's opinion in *Windrim v. Nationwide Insurance Company*, 537 Pa. 129, 641 A.2d 1154 (1994).

MONTEMURO, J., is sitting by designation.